# Invoice

PAGE 1

Jacksonville Paving Co. Inc.
1513 Uranus Lane
Jacksonville, NC 28540

(910)938-9399 FX:(910)938-9454

| Invoice No. | Invoice Date | TAXPAYER ID |
|---|---|---|
| 00001177 | 04/14/14 | 56-2062682 |

Sold To: Triton Corporation
625 Hutton Street
Raleigh, NC 27606



PLAINTIFF'S EXHIBIT D

| Purchase Order Number | Date Ordered | Date Shipped | Payment Due | Salesperson |
|---|---|---|---|---|
|  | 04/14/14 | 04/14/14 | 04/14/14 |  |

| Terms | Notes |
|---|---|
| DUE ON RECEIPT | Draw # 1 |

| Reference | Description | Amount |
|---|---|---|
|  | Contract # 0002S<br>SOF Communication Building<br>Grade sub-grade, spread and pack rock | 15,000.00 |

Paid 15,000.00   6/30/14   CK# 21766
all to JPC

Message

SubTotal
Sales Tax
Shipping
TOTAL           15,000.00

# Invoice

PAGE 1

Jacksonville Paving Co. Inc.
1513 Uranus Lane
Jacksonville, NC 28540

(910)938-9399 FX:(910)938-9454

| Invoice No. | Invoice Date | TAXPAYER ID |
|---|---|---|
| 00001185 | 05/14/14 | 56-2062682 |

| Sold To: | Triton Corporation |
|---|---|
| | 625 Hutton Street |
| | Raleigh, NC 27606 |

| Purchase Order Number | Date Ordered | Date Shipped | Payment Due | Salesperson |
|---|---|---|---|---|
| | 05/14/14 | 05/14/14 | 05/14/14 | |

| Terms | Notes |
|---|---|
| DUE ON RECEIPT | Draw #2 |

| Reference | Description | Amount |
|---|---|---|
| | Contract # 0002S<br>SOF Communications Building<br>Grading and Paving | 125,000.00 |

*paid 26,430.80 8/13/14 ck # 22156 to JPC*
*paid 98,569.20 8/13/14 ck # 22158 to Highland Paving + JPC*

| | |
|---|---|
| SubTotal | |
| Sales Tax | |
| Shipping | |
| TOTAL | 125,000.00 |

Message

# Invoice

PAGE 1

Jacksonville Paving Co. Inc.
1513 Uranus Lane
Jacksonville, NC 28540

(910)938-9399 FX:(910)938-9454

| Invoice No. | Invoice Date | TAXPAYER ID |
|---|---|---|
| 00001195 | 06/13/14 | 56-2062682 |

Sold To: Triton Corporation
625 Hutton Street
Raleigh, NC 27606

| Purchase Order Number | Date Ordered | Date Shipped | Payment Due | Salesperson |
|---|---|---|---|---|
|  | 06/13/14 | 06/13/14 | 06/13/14 |  |

| Terms | Notes |
|---|---|
| DUE ON RECEIPT | Draw # 3 |

| Reference | Description | Amount |
|---|---|---|
|  | Contract # 0002S<br>SOF Communications Building<br>Grade and pack rock at SOF Comm. Bldg. | 8,000.00 |

*paid 8,000.00 Less (4,200.00) for broken Curb*
*9/22/14 ck# 22550 to JPC*

Message

| | |
|---|---|
| SubTotal | |
| Sales Tax | |
| Shipping | |
| TOTAL | 8,000.00 |

# Invoice

PAGE 1

Jacksonville Paving Co. Inc.
1513 Uranus Lane
Jacksonville, NC 28540

(910)938-9399 FX:(910)938-9454

| Invoice No. | Invoice Date | TAXPAYER ID |
|---|---|---|
| 00001219 | 10/20/14 | 56-2062682 |

Sold To: Triton Corporation
625 Hutton Street
Raleigh, NC 27606

| Purchase Order Number | Date Ordered | Date Shipped | Payment Due | Salesperson |
|---|---|---|---|---|
|  | 10/20/14 | 10/20/14 | 10/20/14 |  |

| Terms | Notes |
|---|---|
| DUE ON RECEIPT |  |

| Reference | Description | Amount |
|---|---|---|
|  | SOF Comm Training Facility Ft. Bragg NC<br>Remainder of Contract<br><br>Please Issue joint check to Highland Paving<br>and Jacksonville Paving for $101,289.80<br>and a check to Jacksonville Paving Co. for 12,504.40 | 113,794.20 |

Message

*Balance Due*

SubTotal
Sales Tax
Shipping
TOTAL    113,794.20